THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Terrance O.
 Scott, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Horry County
Edward B. Cottingham, Circuit Court Judge
 Paula H. Thomas, Post-Conviction Relief Judge
Memorandum Opinion No.  2008-MO-039
Submitted September 17, 2008  Filed
 September 22, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins, of the South Carolina
 Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, and Assistant
 Attorney General Christina J. Catoe, all of the Office of the Attorney General,
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  In
 this post-conviction relief (PCR) matter, petitioner seeks a writ of certiorari
 to review the portion of the PCR judges order finding he is entitled to a
 belated review of his direct appeal issues.
Because
 there is sufficient evidence to support the PCR judges ruling that petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we
 grant the petition for a writ of certiorari and proceed with a review of the
 direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d
 60 (1986).
Counsel
 for petitioner has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) and a petition to be relieved as counsel. 
 Petitioner has not filed a pro se response.  After a thorough
 review of the record pursuant to Anders, we dismiss the appeal and grant
 the petition to be relieved as counsel.
DISMISSED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.